MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Vanguard Dealer Services, LLC*
*and Motor Dealer Services Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, and ROBERT KONZEN,<br><br>Defendants. | Case No.  2:21-cv-01121-JAD-EJY<br><br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF DEFENDANTS JORGE CERVANTES AND CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS'S DEADLINE TO FILE A RESPONSIVE PLEADING TO AMENDED COMPLAINT [ECF No. 21] (FIRST REQUEST)** |

Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC and Defendants Jorge Cervantes and CEC Industries Inc. d/b/a Dealers Direct Systems and/or Dealers Direct Consultants, by and through their respective counsel of record, hereby submit the following stipulation:

1.     On June 14, 2021, Plaintiffs filed their initial Complaint naming Cervantes and CEC, LLC, among others, as defendants [ECF No. 1-2]. The summonses to Defendants Cervantes and CEC, LLC were issued on June 16, 2021 [ECF Nos. 3 and 4].  Defendant Cervantes was served on July 11, 2021 [ECF No. 12].

2.     On July 29, 2021, counsel for Cervantes and CEC, LLC contacted Plaintiffs' counsel requesting a two-week extension of the August 2, 2021 deadline for filing a responsive pleading to the initial

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Complaint.  Plaintiffs' counsel informed Defendants' counsel of Plaintiffs' intent to file an Amended Complaint to, among other things, correct how CEC, LLC was named.  Specifically, the Amended Complaint would remove CEC, LLC as a defendant and add CEC Industries, Inc. as a defendant.

3.      On August 16, 2021, Plaintiffs filed their Amended Complaint pursuant to FRCP 15(a)(1) naming, among others, CEC Industries, Inc. [ECF No. 21].

4.      On August 24, 2021, counsel entered an appearance on behalf of defendants Cervantes and CEC Industries, Inc. [ECF No.25].

5.      On August 24, 2021, counsel for Cervantes and CEC Industries, Inc. signed an Acceptance of Service of the Amended Complaint, which was filed on August 26, 2021  [ECF No. 26].

6.      As part of the agreement to accept service, counsel for Cervantes and CEC Industries, Inc. requested an extension through September 27, 2021 to file a responsive pleading to the Amended Complaint.

7.      WHEREAS, Plaintiffs and Defendants Cervantes and CEC Industries, Inc. hereby stipulate and agree to extend the deadline for Cervantes and CEC Industries, Inc. to file their responsive pleading to the Amended Complaint to September 27, 2021.

///

///

///

///

///

///

///

///

///

///

///

///

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

8.      This is the first stipulation for extension of time for Defendants Cervantes and CEC Industries, Inc. to respond to Plaintiffs' Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

.

| | |
|---|---|
| DATED: August 26, 2021.<br><br>**AKERMAN LLP**<br><br>*/s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC* | DATED: August 26, 2021.<br><br>**SEMENZA KIRCHER RICKARD**<br><br>*/s/ Lawrence J. Semenza*<br>LAWRENCE J. SEMENZA, III, ESQ.<br>Nevada Bar No. 7174<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>*Attorney for Defendants Jorge Cervantes and CEC Industries Inc. d/b/a Dealers Direct Systems and/or Dealers Direct Consultants* |

## ORDER

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
Case No.  2:21-cv-01121-JAD-EJY

August 27, 2021

**DATED**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572