MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Vanguard Dealer Services, LLC and
Motor Dealer Services Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JORGE CERVANTES, CEC, LLC d/b/a DEALER DIRECT SYSTEMS and/or DEALER DIRECT CONSULTANTS, ROBERT KONZEN and RELIABLE DEALER SERVICES, LLC, <br><br> Defendants. | Case No. 2:21-cv-01121-JAD-EJY <br><br> **ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** <br><br> ECF No. 32 |

Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC move under Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 to extend time to file their response to specially appearing defendant Robert Konzen's motion to dismiss amended complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2); motion to dismiss for improper venue pursuant to Rule 12(b)(3), motion to transfer venue in the alternative; motion to dismiss for failure to state a claim under Rule 12(b)(6), and motion to strike pursuant to Rule 12(e) (the **motion**) filed on August 30, 2021. ECF No. 30.  Plaintiffs also move under the same rules to extend Konzen's reply deadline.

Plaintiffs' response to Konzen's motion is currently due on September 13, 2021.  Plaintiffs request a two-week extension through September 27, 2021 to respond to the motion.  Plaintiffs also request a two-week extension through October 18, 2021, for Konzen to reply in support of his motion.

{59897708}

This is plaintiffs' first request for extension of time relating to the motion and is not intended to cause any delay or prejudice to any party. Plaintiffs are requesting the extensions due to a combination of counsel's time off due to the care-taking of his son as a result of the COVID-19 pandemic, observing the Jewish holidays, and as a professional courtesy to Konzen. Konzen does not object to this request.

Plaintiffs respectfully request that the deadline for the response to Konzen's motion, ECF No. 30, be extended through September 27, 2021, and that the deadline for the reply in support of Konzen's motion be extended through October 18, 2021.

DATED this 10th day of September, 2021.

**AKERMAN LLP**

/s/ Scott R. Lachman
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

### ORDER

**Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion to extend time [ECF. No. 32] is GRANTED.** the deadline for the response to Konzen's motion is extended to September 27, 2021, and the deadline for the reply is extended to October 18, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 13, 2021

{59897708}