Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants Jorge Cervantes
and CEC Industries, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC INDUSTRIES, INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, and ROBERT KONZEN,<br><br>Defendants. | Case No.   2:21-cv-01121-JAD-EJY<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANTS JORGE CERVANTES AND CEC INDUSTRIES, INC.'S RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(Second Request)** |

Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC (together, "Plaintiffs") and Defendants Jorge Cervantes and CEC Industries, Inc. (together, "Defendants"), by and through their respective counsel of record, hereby submit this second stipulation to extend the time for Defendants to file a responsive pleading to Plaintiffs' Amended Complaint.

///

1

**BACKGROUND**

1. On August 16, 2021, Plaintiffs filed their Amended Complaint. (ECF No. 21.)

2. On August 24, 2021, counsel entered an appearance on behalf of Defendants. (ECF No. 25.) That same day, counsel for Defendants signed an Acceptance of Service of the Amended Complaint, which was subsequently filed on August 26, 2021. (ECF No. 26.)

3. As part of the agreement to accept service, the parties stipulated that Defendants would have through September 27, 2021 to file a responsive pleading to the Amended Complaint. A stipulation and order to that effect was filed with the Court on August 26, 2021 (the "First Stipulation to Extend"). (*See* ECF No. 27.)

4. On August 27, 2021, the Court entered an Order Granting the First Stipulation to Extend. (ECF No. 28.)

5. While Defendants had anticipated being able to file a responsive pleading by September 27, 2021, they require additional time to do so. In particular, Defendants' counsel is continuing to review the underlying documents in this matter and is engaged in ongoing discussions with Defendants. As such, Plaintiffs have agreed to Defendants' request for an additional four (4) day extension of the responsive pleading deadline.

**STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

1. The deadline for Defendants' responsive pleading to Plaintiffs' Amended Complaint shall be continued to October 1, 2021.

///
///
///
///
///
///
///
///

2.     This is the second stipulation for extension of time for Defendants to respond to Plaintiffs' Amended Complaint.  The extension is requested in good faith and not for purposes of delay or prejudice to any other party.

DATED this 24th day of September, 2021.          DATED this 24th day of September, 2021.

SEMENZA KIRCHER RICKARD                          AKERMAN LLP

*/s/ Lawrence J. Semenza, III*                   */s/ Melanie D. Morgan*
Lawrence J. Semenza, III, Esq., Bar No. 7174     Melanie D. Morgan, Esq., Bar No. 8215
Christopher D. Kircher, Esq., Bar No. 11176      Scott R. Lachman, Esq., Bar No. 12016
Jarrod L. Rickard, Esq., Bar No. 10203           1635 Village Center Circle, Suite 200
Katie L. Cannata, Esq., Bar No. 14848            Las Vegas, Nevada 89134
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145                          *Attorneys for Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

*Attorneys for Defendants Jorge Cervantes and CEC Industries, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

September 24, 2021
DATED

3