UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC, LLC d/b/a DEALER DIRECT SYSTEMS and/or DEALER DIRECT CONSULTANTS, ROBERT KONZEN,<br><br>Defendants. | Case No. 2:21-cv-01121-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the Special Appearance and Joint Motion to Vacate Minute Order in Chambers and to Excuse Compliance with Local Rule 26-1 Pending Decision on Pending Motions. ECF No. 39.

The Court's September 23, 2021 Order required the parties to comply with Local Rule 26.1. Compliance with the Rules of Civil Procedure and the U.S. District Court for the District of Nevada Local Rules of Civil Procedure are not optional. Nor are the Rules guidelines.

Accordingly, IT IS HEREBY ORDERED that the Special Appearance and Joint Motion to Vacate Minute Order in Chambers and to Excuse Compliance with Local Rule 26-1 Pending Decisions on Pending Motions (ECF No. 39) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file a status report no later than ten (10) days after the pending dispositive motions or motions to change venue are denied in whole or in part such that this dispute remains with the U.S. District Court for the District of Nevada. The status report shall advise what issue remains before the Court and propose a discovery plan and scheduling order regarding the same.

Dated this 1st day of October, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1