1   Lawrence J. Semenza, III, Esq., Bar No. 7174
    Email: ljs@skrlawyers.com
2   Christopher D. Kircher, Esq., Bar No. 11176
    Email: cdk@skrlawyers.com
3   Jarrod L. Rickard, Esq., Bar No. 10203
    Email: jlr@skrlawyers.com
4   Katie L. Cannata, Esq., Bar No. 14848
    Email: klc@skrlawyers.com
5   SEMENZA KIRCHER RICKARD
    10161 Park Run Drive, Suite 150
6   Las Vegas, Nevada 89145
    Telephone: (702) 835-6803
7   Facsimile: (702) 920-8669
8

9   *Attorneys for Defendants Jorge Cervantes*
    *and CEC Industries, Inc.*
10

11                  **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13  VANGUARD DEALER SERVICES, LLC        Case No.   2:21-cv-01121-JAD-EJY
    and MOTOR DEALER SERVICES GROUP,
14  LLC,

15                                        **PLAINTIFFS AND DEFENDANT**
                         Plaintiffs,      **JORGE CERVANTES AND CEC**
16                                        **INDUSTRIES, INC.'S STIPULATION**
    v.                                    **AND ORDER TO STAY DISCOVERY**
17                                        **PENDING DECISION ON**
    JORGE CERVANTES, CEC INDUSTRIES,      **DEFENDANTS' MOTION TO DISMISS**
18  INC. d/b/a DEALERS DIRECT SYSTEMS
    and/or DEALERS DIRECT
19  CONSULTANTS, and ROBERT KONZEN,

20                       Defendants.
21

22

23          Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC

24  (together, "Plaintiffs") and Defendants Jorge Cervantes and CEC Industries, Inc. (together,

25  "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record,

26  hereby stipulate and agree to the following:

27          1.      On September 23, 2021, the Court issued a Minute Order directing the Parties to

28  submit a proposed discovery plan and scheduling order in accordance with Local Rule 26-1.

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

2.      On October 1, 2021, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint.  (ECF No. 41.)  Upon filing their Motion to Dismiss, Defendants were directed to file a proposed discovery plan and scheduling order on or before November 15, 2021.

3.      On October 1, 2021, Plaintiffs and Defendant Robert Konzen filed a Joint Motion to Vacate Minute Order in Chambers and to Excuse Compliance with Local Rule 26-1 Pending Decisions on Pending Motions.  (ECF No. 39.)  The Joint Motion requested a temporary stay of compliance with Local Rule 26.1 until Konzen's Motion to Dismiss was adjudicated.  (*Id.*)

4.      On October 4, 2021, the Court entered an Order granting the Joint Motion, thereby staying compliance with Local Rule 26-1 until ten (10) days after a decision was rendered on Konzen's Motion to Dismiss.  (ECF No. 42.)

5.      Given that Defendants' Motion to Dismiss is also currently pending before the Court, the Parties hereby stipulate and agree that the temporary stay of compliance with Local Rule 26-1 should also apply to Defendants.

6.      Pursuant to the Court's Order dated November 15, 2021 (ECF No. 51), Plaintiffs state that they still seek resolution of their Motion for Jurisdictional Discovery (ECF No. 38) despite entering into discovery stipulations. Plaintiffs are not asking for a stay of any

///
///
///
///
///
///
///
///
///
///
///
///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

jurisdictional discovery the Court might order, and are not withdrawing or declaring moot their Motion for Jurisdictional Discovery. Plaintiffs have stipulated only to a stay of regular discovery while the Court considers the pending motions to dismiss filed by Defendants and Plaintiffs' counter Motion for Jurisdictional Discovery.

DATED this 19th day of November, 2021.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants Jorge Cervantes and CEC Industries, Inc.*

DATED this 19th day of November, 2021.

AKERMAN LLP

*/s/ Scott Lachman*
Melanie D. Morgan, Esq., Bar No. 8215
Scott R. Lachman, Esq., Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

**IT IS SO ORDERED; provided, however, that discovery that *may* occur once a decision on the pending Motion for Jurisdictional Discovery issues, is exempted from this Order.**

**Dated this 19th day of November 2021.**

United States Magistrate Judge