Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants Jorge Cervantes
and CEC Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC INDUSTRIES, INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS,<br><br>Defendants. | Case No.   2:21-cv-01121-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC (together, "Plaintiffs") and Defendants Jorge Cervantes and CEC Industries, Inc. (together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1

1. On July 22, 2022, the Court issued an Order Dismissing Claims Against Robert Konzen for Want of Personal Jurisdiction and Granting in Part Defendants' Motion to Dismiss ("Order Regarding Defendants' Motion to Dismiss").  (ECF No. 55.)

2. Pursuant to the Order Regarding Defendants' Motion to Dismiss, Plaintiffs were granted leave to amend their claims for Fraud and Tortious Interference against Defendants.  The Court further required Plaintiffs to file an amended complaint within ten (10) days of entry of the Order Regarding Defendants' Motion to Dismiss.

3. On August 1, 2022, Plaintiffs filed a Second Amended Complaint against Defendants.  (ECF No. 56.)

4. Pursuant to Fed. R. Civ. P. 15(a)(2), the current deadline for Defendants' responsive pleading to the Second Amended Complaint is Monday, August 15, 2022.

5. Counsel for Defendants are in the process of conferring with their client regarding the Second Amended Complaint and Defendants' responsive pleading thereto.  As such, the Parties hereby stipulate and agree that the deadline for Defendants' responsive pleading shall be extended by two (2) weeks, up to and including Monday, August 29, 2022.

| | |
|---|---|
| DATED this 15th day of August, 2022. | DATED this 15th day of August, 2022. |
| SEMENZA KIRCHER RICKARD | AKERMAN LLP |
| */s/ Lawrence J. Semenza, III* | */s/ Melanie D. Morgan* |
| Lawrence J. Semenza, III, Esq., Bar No. 7174<br>Christopher D. Kircher, Esq., Bar No. 11176<br>Jarrod L. Rickard, Esq., Bar No. 10203<br>Katie L. Cannata, Esq., Bar No. 14848<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants Jorge Cervantes and CEC Industries, Inc.* | Melanie D. Morgan, Esq., Bar No. 8215<br>Scott R. Lachman, Esq., Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Plaintiffs Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC* |

**IT IS SO ORDERED.**

Dated this 15th day of August, 2022.

_____
United States Magistrate Judge

2