MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JORGE CERVANTES and CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS,<br><br>Defendants. | Case No. 2:21-cv-01121-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |
| JORGE CERVANTES, CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS,<br><br>Counterclaimants,<br><br>v.<br><br>VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Counter-Defendants. | |

Plaintiffs/Counter-Defendants Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC, and Defendants/Counterclaimants Jorge Cervantes and CEC Industries, Inc., hereby stipulate and agree to the following:

{66244978;1}

1. On August, 1, 2022, Plaintiffs filed their Second Amended Complaint. ECF No. 56.

2. Defendants filed their answer to Plaintiffs' Second Amended Complaint and Counterclaim on August 29, 2022. ECF No. 59.

4. The current deadline for Counter-Defendants to respond to the Counterclaim is Monday, September 19, 2022.

5. Counsel for Counter-Defendants are in the process of conferring with their client regarding the Counterclaim and Counter-Defendants' responsive pleading thereto. As such, the Parties hereby stipulate and agree that the deadline for Counter-Defendants' responsive pleading shall be extended by seventeen (17) days, up to and including Thursday, October 6, 2022.

DATED this 6th day of September, 2022.

| **AKERMAN LLP** | **SEMENZA KIRCHER RICKARD** |
|---|---|
| /s/ Scott R. Lachman_____ | /s/ Katie L. Cannata_____ |
| MELANIE D. MORGAN, ESQ. | LAWRENCE J. SEMENZA, III, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7174 |
| SCOTT R. LACHMAN, ESQ. | CHRISTOPHER D. KIRCHER, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 11176 |
| 1635 Village Center Circle, Suite 200 | JARROD L. RICKARD, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 10203 |
|  | KATIE L. CANNATA, ESQ. |
| *Attorneys for Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC* | Nevada Bar No. 14848 |
|  | 10161 Park Run Drive, Suite 150 |
|  | Las Vegas, NV 89145 |
|  |  |
|  | *Attorneys for Jorge Cervantes and CEC Industries, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: September 7, 2022**