Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendants/Counterclaimants
Jorge Cervantes and CEC Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC INDUSTRIES, INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS,<br><br>Defendants.<br><br>JORGE CERVANTES, CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS,<br><br>Counterclaimants,<br><br>v.<br><br>VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Counter-Defendants. | Case No.   2:21-cv-01121-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM AND MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

1

Plaintiffs/Counter-Defendants Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC (together, "Plaintiffs") and Defendants/Counterclaimants Jorge Cervantes and CEC Industries, Inc. (together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1. On August 29, 2022, Defendants filed an Answer to Plaintiffs' Second Amended Complaint and Counterclaim (the "Counterclaim"). (ECF No. 59.)

2. On October 6, 2022, Plaintiffs filed a Motion to Dismiss the Counterclaim and a Motion to Strike Affirmative Defenses (the "Motion to Dismiss and Strike").[1] (ECF Nos. 62-63.)

3. The deadline for Defendants' Response to Plaintiffs' Motion to Dismiss and Strike is currently Thursday, October 20, 2022.

4. Counsel for Defendants are in the process of conferring with their client regarding their Response to Plaintiffs' Motion to Dismiss and Strike. As such, the Parties hereby stipulate and agree that the deadline for Defendants' Response shall be extended by two (2) weeks, up to and including Thursday, November 3, 2022.

DATED this 18th day of October, 2022.

SEMENZA KIRCHER RICKARD

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants/Counterclaimants Jorge Cervantes and CEC Industries, Inc.*

DATED this 18th day of October, 2022.

AKERMAN LLP

*/s/ Scott R. Lachman*
Melanie D. Morgan, Esq., Bar No. 8215
Scott R. Lachman, Esq., Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs/Counter-Defendants Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

**IT IS SO ORDERED.**

Dated this 20th day of October, 2022.

_____
United States District Judge

---

[1] Plaintiffs were provided with a two-week extension to file a responsive pleading to Defendants' Counterclaim.