MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JORGE CERVANTES and CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, <br><br> Defendants. | Case No. 2:21-cv-01121-JAD-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM AND MOTION TO STRIKE AFFIRMATIVE DEFENSES** <br><br> **(FIRST REQUEST)** |
| JORGE CERVANTES, CEC INDUSTRIES INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, <br><br> Counterclaimants, <br><br> v. <br><br> VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC, <br><br> Counterdefendants. | ECF No. 71 |

Plaintiffs/counterdefendants Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC, and defendants/counterclaimants Jorge Cervantes and CEC Industries, Inc., hereby stipulate and agree to the following:

. . .

{67247629;1}

1. On August, 29, 2022, defendants filed an answer to plaintiffs' second amended complaint and counterclaim. ECF No. 59. On October 6, 2022, plaintiffs filed a motion to dismiss the counterclaim and a motion to strike affirmative defenses (the **motion**). ECF Nos. 62 & 63. On November 3, 2022, defendants filed their opposition to plaintiffs' motion. ECF Nos. 69 & 70.

2. The current deadline for plaintiffs to file their reply is November 10, 2022.

3. Counsel for plaintiffs are in the process of conferring with their clients regarding their reply in support of the motion. As such, the parties hereby stipulate and agree that the deadline for plaintiffs' reply shall be extended by thirteen (13) days, up to and including November 23, 2022.

4. The parties agree this stipulation is not meant for delay and will not prejudice any party.

DATED this 9th day of November, 2022.

| **AKERMAN LLP** | **SEMENZA KIRCHER RICKARD** |
|---|---|
| /s/ Scott R. Lachman | /s/ Katie L. Cannata |
| MELANIE D. MORGAN, ESQ. | LAWRENCE J. SEMENZA, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 7174 |
| SCOTT R. LACHMAN, ESQ. | CHRISTOPHER D. KIRCHER, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 11176 |
| 1635 Village Center Circle, Suite 200 | JARROD L. RICKARD, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 10203 |
| | KATIE L. CANNATA, ESQ. |
| *Attorneys for Vanguard Dealer Services, LLC and Motor Dealer Services Group, LLC* | Nevada Bar No. 14848 |
| | 10161 Park Run Drive, Suite 150 |
| | Las Vegas, NV 89145 |
| | *Attorneys for Jorge Cervantes and CEC Industries, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: 11/14/2022, nunc pro tunc to 11/10/22**

{67247629;1}

2