Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants Jorge Cervantes
and CEC Industries, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC, | Case No.   2:21-cv-01121-JAD-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS/COUNTERCLAIMANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COUNTERCLAIM [ECF No. 75]** |
| v. | |
| JORGE CERVANTES, CEC INDUSTRIES, INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, | **(First Request)** |
| Defendants. | |
| JORGE CERVANTES, CEC INDUSTRIES, INC. d/b/a DEALERS DIRECT SYSTEMS and/or DEALERS DIRECT CONSULTANTS, | |
| Defendants/Counterclaimants, | |
| v. | |
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC, | |
| Plaintiffs/Counter-Defendants. | |

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1    Plaintiffs/Counter-Defendants Vanguard Dealer Services, LLC and Motor Dealer

2 Services Group, LLC (together, "Plaintiffs") and Defendants/Counterclaimants Jorge Cervantes

3 and CEC Industries, Inc. (together, "Defendants") (collectively, the "Parties"), by and through

4 their undersigned counsel of record, hereby stipulate and agree to the following:

5    1.    On April 5, 2023, Defendants filed a Motion for Leave to Amend Counterclaim

6 (the "Motion for Leave").  (ECF No. 75.)

7    2.    On April 19, 2023, Plaintiffs filed a Response to the Motion for Leave.  (ECF No.

8 76.)

9    3.    Defendants Reply brief in support of the Motion for Leave is currently due on

10 Wednesday, April 26, 2023.

11    4.    Counsel for Defendants are in the process of conferring with their client regarding

12 Plaintiffs' Response and their forthcoming Reply brief.  As such, the Parties hereby stipulate and

13 agree that the deadline for Defendants' Reply brief shall be extended by two (2) weeks, up to and

14 including Wednesday, May 10, 2023.

15 DATED this 25th day of April, 2023.          DATED this 25th day of April, 2023.

16 SEMENZA KIRCHER RICKARD               AKERMAN LLP

17 */s/ Katie L. Cannata*                     */s/ Scott R. Lachman*

18 Lawrence J. Semenza, III, Esq., Bar No. 7174   Melanie D. Morgan, Esq., Bar No. 8215
   Katie L. Cannata, Esq., Bar No. 14848       Scott R. Lachman, Esq., Bar No. 12016
19 10161 Park Run Drive, Suite 150           1635 Village Center Circle, Suite 200
   Las Vegas, Nevada 89145                 Las Vegas, Nevada 89134
20

21 *Attorneys for Defendants Jorge Cervantes*     *Attorneys for Plaintiffs Vanguard Dealer*
   *and CEC Industries, Inc.*                 *Services, LLC and Motor Dealer Services*
22                                      *Group, LLC*

23    **IT IS SO ORDERED.**

24    Dated this 25th day of April, 2023.

25

26

27    United States Magistrate Judge

28

2