UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VANGUARD DEALER SERVICES, LLC and MOTOR DEALER SERVICES GROUP, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE CERVANTES, CEC, LLC d/b/a DEALER DIRECT SYSTEMS and/or DEALER DIRECT CONSULTANTS, ROBERT KONZEN,<br><br>Defendants. | Case No. 2:21-cv-01121-JAD-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Defendants Jorge Cervantes and CEC Industries, Inc. ECF No. 101. In the Motion, Semenza Rickard (sometimes "Defendants' counsel" or the "Firm") explains Mr. Cervantes and CEC have not fulfilled their financial obligations to the Firm. *Id.* at 3. Importantly, Semenza Rickard further explains that Jonathan Dykstra, Esq., of Watts Law APC, will remain counsel for Defendants. The Court notes Defendants filed a Motion to Compel on December 18, 2023, and a response on behalf of Plaintiffs was filed on January 2, 2024. The reply is due today, January 9, 2024. The Court finds Semenza Rickard establishes good cause for the Motion to Withdraw; provided, however, that given Defendants filed the pending Motion to Compel, withdrawal is not permitted until the day after the Reply in Support of the Motion to Compel is filed.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendants Jorge Cervantes and CEC Industries, Inc. (ECF No 101), filed by Semenza Rickard, is GRANTED effective the day after Defendants' counsel files the Reply in Support of the Motion to Compel.

Dated this 9th day of January, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1